1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MEGAN A.S. RICHARDS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE APPLICATION          5:16-sw-029 JLT
   OF THE UNITED STATES OF AMERICA
   FOR SEARCH WARRANTS CONCERNING:           REQUEST TO UNSEAL SEARCH WARRANTS
12                                            AND SEARCH WARRANT AFFIDAVITS
   10008 Carbondale Street, Bakersfield, CA
13

14                         **REQUEST TO UNSEAL**

15     The search warrants in the above-captioned matters were executed on 8/4/2016. Follow up

16 investigation related to these properties resulted in a grand jury indictment on 11/10/2016. As a result,

17 there is no need for the search warrants or search warrant affidavits to remain under seal. Accordingly,

18 the United States asks that the Court order that the search warrants, search warrant affidavits, and related

19 case filings be unsealed.

20 Dated: November 16, 2016                    PHILLIP A. TALBERT
                                               Acting United States Attorney
21

22                                       By:  /s/ Megan A.S. Richards
                                               MEGAN A.S. RICHARDS
23                                             Assistant United States Attorney

24

25

26

27

28

   REQUEST TO UNSEAL SEARCH WARRANTS

BENJAMIN B. WAGNER
United States Attorney
MEGAN A.S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>10008 Carbondale Street, Bakersfield, CA | 5:16-SW-028 JLT<br><br>[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

Dated:   **November 16, 2016**            **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE